```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

Sandra Schlotfeld,            )    Case No: 8:02CV326
                              )
        Petitioner(s),         )    **ORDER DIRECTING CLERK**
                              )    **TO RETURN STATE COURT**
v.                             )         **RECORDS**
                              )
State of Nebraska,             )
                              )
        Respondent(s).         )

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments labeled S9A, S9B, S9C, and S9D to Filing No. 9 be returned to Respondent for appropriate disposition. The state court records may be picked up in Lincoln, Nebraska.

DATED this 29th day of June, 2007.

                                   BY THE COURT


                                   **s/ Joseph F. Bataillon**
                                   United States District Court